1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
9
**DISTRICT OF NEVADA**
10

MIGUEL ORTIZ,                               )
11                                           )        Case No. 2:16-cv-00825-JCM-NJK
                      Plaintiff(s),          )
12                                           )
vs.                                          )        ORDER
13                                           )
PACIFIC UNION FINANCIAL,                     )
14                                           )
                      Defendant(s).          )
15 _____)

16        To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).

17 The parties are hereby **ORDERED** to file, no later than April 11, 2017, either (1) a joint proposed

18 discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at

19 this time.

20        IT IS SO ORDERED.

21        DATED: April 4, 2017.

22                                           _____
23                                           NANCY J. KOPPE
                                             United States Magistrate Judge
24
25
26
27
28