UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIGUEL ORTIZ,<br><br>    Plaintiff(s),<br><br>vs.<br><br>PACIFIC UNION FINANCIAL,<br><br>    Defendant(s). | 2:16-cv-00825-JCM-NJK<br><br>**O R D E R** |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 24. The parties request a discovery period that is approximately 60 days longer than the presumptively reasonable period set forth in Local Rule 26-(b)(1) because of a pending motion to dismiss. *Id.* at 4. The mere pendency of a dispositive motion does not delay the parties' discovery obligations. *Cf. Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988).

Accordingly, the parties' stipulated proposed discovery plan and scheduling order, Docket No. 24, is hereby **DENIED**. The parties shall submit a stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than April 19, 2017.

IT IS SO ORDERED.

DATED: April 12, 2017.

                       _____
                       NANCY J. KOPPE
                       United States Magistrate Judge