UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MIGUEL ORTIZ, | ) |
|---|---|
| Plaintiff(s), | ) 2:16-cv-00825-JCM-NJK |
| vs. | ) ORDER |
| PACIFIC UNION FINANCIAL, | ) (Docket No. 26) |
| Defendant(s). | ) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 26. The parties submit that they consent to participate in this Court's Short Trial Program. *Id.* at 4. Discovery proceeds differently under the Short Trial Program. *See* Short Trial Rule 7. Additionally, pursuant to Short Trial Rule 4(a), the parties' agreement is not effective until they have executed and submitted Forms 4(a)(1) and (2) to the Short Trial Rules, and the assigned District Judge has approved their agreement.

Accordingly, the parties' stipulated proposed discovery plan, Docket No. 26, is hereby **DENIED**. The Court **ORDERS** the parties to execute and file the necessary forms, as set forth in Short Trial Rule 4(a), no later than April 25, 2017.

IT IS SO ORDERED.

DATED: April 18, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge